# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**GARY STAFFORD BLALARK,** :
:
    **Plaintiff**      **CIVIL ACTION NO. 3:15-872**
:
**v** 
:     **(JUDGE MANNION)**
**MUHAMMED BINABDULRAHI HILL,**
<u>et</u> <u>al</u>., :

    **Defendants**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for involuntary dismissal pursuant to Rule 41(b) (Doc. 23) is **GRANTED**.

2. Plaintiff's action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith. See 28 U.S.C. §1915(a)(3).


        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**Dated:** August 15, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0872-01-ORDER.wpd